UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA A. ROSALES,<br><br>                Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>                Defendant. | Case No. CV 13-03732-JEM<br><br>**JUDGMENT** |

     In accordance with the Memorandum Opinion and Order Affirming Decision of Commissioner filed concurrently herewith,

     IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and this action is dismissed with prejudice.

DATED: <u>January 6, 2014</u>                               */s/ John E. McDermott*
                                                                   JOHN E. MCDERMOTT
                                                     UNITED STATES MAGISTRATE JUDGE